IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Williams, Kaabakhan I

Printed: 12/02/08

Case Number: 07 B 24187
Judge: Wedoff, Eugene R
Filed: 12/22/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 16, 2008
Confirmed: February 21, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,617.96 |  |
| Secured: |  | 1,397.90 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,063.05 |
| Trustee Fee: |  | 157.01 |
| Other Funds: |  | 0.00 |
| Totals: | 2,617.96 | 2,617.96 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,493.00 | 1,063.05 |
| 2. | Delaware Place Bank | Secured | 0.00 | 0.00 |
| 3. | ACC Consumer Finance | Secured | 15,058.50 | 1,397.90 |
| 4. | Internal Revenue Service | Priority | 4,657.13 | 0.00 |
| 5. | Illinois Dept of Revenue | Priority | 57.53 | 0.00 |
| 6. | Illinois Dept Of Healthcare And Family | Priority | 2,623.65 | 0.00 |
| 7. | Premier Bankcard | Unsecured | 283.51 | 0.00 |
| 8. | Internal Revenue Service | Unsecured | 750.49 | 0.00 |
| 9. | City Of Chicago Dept Of Revenue | Unsecured | 540.00 | 0.00 |
| 10. | Illinois Dept of Revenue | Unsecured | 60.00 | 0.00 |
| 11. | Arnold Scott Harris PC | Unsecured |  | No Claim Filed |
| 12. | Superior Mgt. | Unsecured |  | No Claim Filed |
| 13. | Credit Collections Services | Unsecured |  | No Claim Filed |
| 14. | Advance America | Unsecured |  | No Claim Filed |
|  |  |  | $ 27,523.81 | $ 2,460.95 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 64.63 |
| 6.5% | 92.38 |
|  | $ 157.01 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Williams, Kaabakhan I

Printed: 12/02/08

Case Number:  07 B 24187
Judge:  Wedoff, Eugene R
Filed:  12/22/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

